**E-FILED on** 8/20/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| Matthew John Hummasti, | No. C-09-1445 RMW |
|---|---|
| Plaintiff, | |
| v. | ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE |
| Clatsop County of the State of Oregon, | **[Re Docket No. 7]** |
| Defendant. | |

By letter request dated July 16, 2009, plaintiff requested that this action be dismissed. Plaintiff's motion is granted and it is hereby ordered that the complaint is dismissed without prejudice.

DATED:   8/20/09

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE—No. C-09-1445 RMW
TER

**A copy of this document has been mailed to:**

**Plaintiff:**

**Matthew John Hummasti**
92340 Svensen Market Road
Astoria, OR 97103

**Counsel for Defendants:**

No appearance

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**   8/20/09                                              TER
                                                                                         **Chambers of Judge Whyte**

ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE—No. C-09-1445 RMW
TER                                                                            2