**E-FILED on** 8/20/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Matthew John Hummasti,<br><br>    Plaintiff,<br><br>  v.<br><br>Clatsop County of the State of Oregon,<br><br>    Defendant. | No. C-09-1445 RMW<br><br>JUDGMENT |

On August 20, 2009, the court dismissed this action without prejudice. THEREFORE,

IT IS HEREBY ADJUDGED that plaintiff take nothing by way of his complaint and that judgment be entered in favor of defendant.

DATED:  8/20/09

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

JUDGMENT—No. C-09-1445 RMW
TER

**A copy of this document has been mailed to:**

**Plaintiff:**

**Matthew John Hummasti**
92340 Svensen Market Road
Astoria, OR 97103

**Counsel for Defendants:**
No appearance

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**   8/20/09                                              TER
                                                                                  **Chambers of Judge Whyte**